# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGH ROMESTAN,<br><br>        Petitioner,<br><br>    v.<br><br>B. COVEY,<br><br>        Respondent. | Case No. EDCV 15-1857-AB (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: April 27, 2016

                                        ANDRÉ BIROTTE JR.
                              UNITED STATES DISTRICT JUDGE